**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MAUDE MATHIEU,**

**Plaintiff,** **CASE NO.: 6:18-CV-01005-GAP-TBS**

**-vs-**

**SYNCHRONY BANK,**

**Defendant.**
_______________________________/

# JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COMES NOW** the Plaintiff, Maude Mathieu, and the Defendant, Synchrony Bank, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss without prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this _27th __ day of __March, 2019____.

*/s/ Shaughn C. Hill*
Shaughn C. Hill, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
shill@forthepeople.com
Florida Bar #: 105998

*Attorney for Plaintiff*

*/s/ Brandon T. White*
Brandon T. White, Esquire
Reed Smith, LLP
1001 Brickell Bay Dr Suite 900
Miami, FL 33131
Tele; (786) 747-0200
Fax: (786) 747-0299
Email: bwhite@reedsmith.com

*/s/ Marian G. Kennady*
Marian G. Kennady, Esquire
Reed Smith, LLP
1001 Brickell Bay Dr Suite 900
Miami, FL 33131

Tele: (786) 747-0312
Email: mkennady@reedsmith.com

*Attorneys for Defendant*