# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MAUDE MATHIEU,

       **Plaintiff,**

v.                                 **Case No:   6:18-cv-1005-Orl-31TBS**

SYNCHRONY BANK,

       **Defendant.**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Joint Stipulation of Dismissal without Prejudice (Doc. 21), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed without prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 28, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties